No. 79-1348. WORLDWIDE CHURCH OF GOD, INC., ET AL. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (CALIFORNIA, REAL PARTY IN INTEREST); and HELGE ET AL. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Motions for leave to file briefs as *amici curiae* filed by the following were granted: National Council of Churches of Christ et al., American Civil Liberties Union of

Southern California et al., Holy Spirit Association for the Unification of World Christianity et al., Church of the Nazarene, and Catholic League for Religious and Civil Rights. Certiorari denied.